**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6207**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WALTER LEWIS, JR., a/k/a Skeet,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:07-cr-00005-FPS-JES-1)

Submitted: April 26, 2012              Decided:  May 1, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Walter Lewis, Jr., Appellant Pro Se.   John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Lewis, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Lewis, No. 5:07-cr-00005-FPS-JES-1 (N.D.W. Va. filed Jan. 17, 2012 & entered Jan. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED